IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:15-CV-62294-KMM

JOHNNY SYLVESTRE,

    Plaintiff,

vs.

RAPID AUTO LOANS, LLC

    Defendant.

_____/

## **ORDER**

THIS CAUSE came before the Court upon Defendant Rapid Auto Loans, LLC's Unopposed Motion to Compel Arbitration and Motion to Dismiss ("Motion") (ECF No. 9), filed on November 20, 2015. Defendant seeks the entry of an "Order compelling the parties to arbitrate" and "for an award of reasonable attorney's fees and costs." (Def.'s Mot., at 4) (ECF No. 9). On November 23, 2015 Plaintiff Johnny Sylvestre filed a Notice of Non-Opposition to Defendant's Motion ("Notice") (ECF No. 10).

UPON CONSIDERATION of the Motion, the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion (ECF No. 9) is GRANTED IN PART and DENIED IN PART. The party requesting attorney's fees can file a separate motion detailing the relevant fees and supporting authority if the parties are unable to resolve the issue outside of this Court. The parties are directed to arbitrate Plaintiff's claims, and the above-styled cause is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>24th</u> day of November, 2015.

                                                                                                        _____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record