UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-CV-62294-KMM

JOHNNY SYLVESTRE,

    Plaintiff,
vs.

RAPID AUTO LOANS, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JOHNNY SYLVESTRE, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

*/s/ George Andrews*
George Andrews, Esq.
Florida Bar No. 15885
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave, 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786
george@fight13.com

*FD-2431*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 23, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

Robert P. Bissonnette, Esq.
Robert P. Bissonnette, P.A.
Bayview Office Plaza
2810 E. Oakland Park Boulevard
Suite 104
Fort Lauderdale, FL 33306
Counsel for Defendant
Service by CM/ECF

                                    LOAN LAWYERS, LLC
                                    *Attorneys for Plaintiff*
                                    2150 S. Andrews Ave, 2nd Floor
                                    Fort Lauderdale, FL 33316
                                    Telephone:   (954) 523-4357
                                    Facsimile:    (954) 581-2786
                                    george@fight13.com


                            By:  */s/ George Andrews*
                                    George Andrews, Esq.
                                    Florida Bar No.  15885

*FD-2431*